UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CUMMINGS,

    Plaintiff,

V.                                           CASE NO. 19-11818
                                            HON. LINDA V. PARKER

NATIONAL CREDIT CARE CORPORATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [#10] on 8/16/2019; Accordingly, the above-entitled action is **DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS**.

                                            s/Linda V. Parker
                                            Linda V. Parker
                                            United States District Judge

Dated: August 16, 2019